
*(Clerk, U.S. District Court — RECEIVED FEB 26 2009 — Eastern Dist. of Texas)*

ADRES SOSA-SAUCEDO
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

FEBRUARY 21, 2009

JUDGE MICHAEL H. SCHNEIDER, DISTRICT JUDGE
211 West Ferguson Street
TYLER, TEXAS 75702

RE: <u>Docket No. 6:07CR98(03)</u>

Honorable Judge Michael H. Scheider:

    I would like to know if you could help me find out yhe status of my appeal. I haven't been successful contacting my court appointed lawyer (Mitchell Dwight Collins 522 North Broadway, Tyler, Texas 75702).

    I am totally ignorant of the Federal Appeal process. In addition, I am also a hispanic male who dosen't speak nor understand the American language well. This makes things real hard for me to effectively excersise my constitutional right to appeal my sentence. In this regard is the reason why I'm seeking your help on this matter.

    Please do what's in your power to help me find out the status of my appeal and how to effectively persue it within the court rules and regulations of this court.

    Thank you for your time on this matter.

                                        Respectfully Yours,

                                        _____

ADRES SOSA-SAUCEDO #
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE LA, 71463

ALEXANDRIA LA 713

23 FEB 2009 PM 2 T

HONORABLE JUDGE MICHAEL H. SCHNEIDER
DISTRICT JUDGE
211 WEST FERGUSON STREET
TYLER, TEXAS 75702

75702+7212